DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAMAR PINK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-360

[September 7, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 03-20542CF10C.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***